# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1707MN

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Debra Lynn Lowe, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 20, 1998
Filed: October 28, 1998

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Debra Lynn Lowe appeals her jury conviction for aiding and abetting the removal or destruction of property to prevent seizure, see 18 U.S.C. §§ 2232(a), 2 (1994), asserting the evidence is insufficient to support her conviction. Viewing the evidence in the light most favorable to the verdict and giving the government the benefit of all reasonable inferences, we conclude a reasonable jury could have found the elements of the crime beyond a reasonable doubt. See United States v. Tucker, 137 F.3d 1016, 1033 (8th Cir. 1998). After police officers rejected Lowe's requests to enter her home without police escort until an impending federal warrant could be issued, Lowe induced an intoxicated neighbor to enter her impounded home and

remove documents that implicated Lowe in a health care fraud investigation. A reasonable jury could find Lowe had the specific intent to prevent seizure of the removed items. We thus affirm Lowe's conviction. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.